**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

ANN M. MARCOUX, et al.,

                Plaintiffs,　　　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　**04-CV-1376 (NG) (KAM)**
  -against-　　　　　　　　　　　　　**03-CV-4987**
　　　　　　　　　　　　　　　　　　　　　　　**04-CV-0634**

**AMERICAN AIRLINES, INC., A.M.R.
CORPORATION, ASSOCIATION OF
PROFESSIONAL FLIGHT ATTENDANTS,
and JOHN WARD, as President of**
Association of Professional Flight Attendants,

                **Defendants.**　　　　x
-----------------------------------------------------------

**GERSHON, United States District Judge:**

      The court is in receipt of a letter, dated June 13, 2007, from non-party Brigitte Parker, addressed to Magistrate Judge Matsumoto, asking to be "included" in a hearing said to be scheduled for June 29, 2007. As an initial matter, there is no hearing scheduled for June 29, 2007. That is the current date for the submission of motion papers. The courtrooms are open to the public; however, only named parties and their counsel are "included" at court proceedings, and only they can participate in those proceedings.

      The court requests that, as a courtesy, counsel for the proposed class, Emily Bass, Esq., send copies of this order to all non-parties who have filed, or will in the future file, requests to be "included."

                                            **SO ORDERED.**

                                          　/s/ *Nina Gershon*
                                          **NINA GERSHON**
                                          **United States District Judge**

Dated: June 19, 2007
Brooklyn, New York